UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARCUS MICKLE #23950-171,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-02498<br>SEC P |
| VERSUS | JUDGE DRELL |
| WARDEN O'CONNELL, ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint and Amended Complaint (ECF Nos. 4, 6) are DENIED and DISMISSED WITH PREJUDCE under 28 U.S.C. § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 15 day of March 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT